# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| DARRIUS MACK, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 7:17--02104-CLS-HNJ |
| WARDEN WILLIE THOMAS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on October 11, 2018, recommending that defendants' motion for summary judgment (Doc. 16) be granted. (Doc. 27). Although the parties were advised of their right to file specific, written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that defendants' motion for summary judgment is **GRANTED**, the court finding no genuine issues of material fact exist. A final judgment will be entered contemporaneously herewith.

DONE this 20th day of November, 2018.

_____
United States District Judge